**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6877**

———————

THOMAS TALMADGE EVANS, JR.,

Plaintiff - Appellant,

versus

DANIEL T. MAHON, Warden, Dillwyn Correctional
Center; DIANE ELKO, Nurse, Dillwyn Correction-
al Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-95-1178-R)

———————

Submitted:  July 23, 1996          Decided:  August 6, 1996

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas Talmadge Evans, Jr., Appellant Pro Se.  Jill Theresa Bowers,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Powell Murry Leitch, III, FLIPPIN, DENSMORE, MORSE, RUTHERFORD &
JESSEE, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Evans v. Mahon, No. CA-95-1178-R (W.D. Va. May 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED